UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DEMOCRACY DEFENDERS FUND, et al.,

Plaintiffs,

v.

DEPARTMENT OF HOMELAND
SECURITY, et al.,

Defendants.

Civil Action No. 26-1106 (TSC)

**JOINT STATUS REPORT**

Pursuant to the Court's June 9, 2026, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of two Freedom of Information Act ("FOIA") Act requests, one made by Plaintiff.

With respect to Plaintiff Lawyers' Committee's FOIA, Defendant ICE reports that its searches are ongoing and it has found 47 potentially responsive pages so far.  ICE expects to complete searches by July 10, 2026.

With respect to Plaintiff Democracy Defenders' Fund's FOIA, Defendant Department of Homeland Security reports that it has completed its searches for potentially responsive records. Following deduplication and a responsiveness review, 274 pages remain.  All 274 pages were determined to require consultation with other agencies and or components.

Homeland Security subcomponent U.S. Customs and Border Protection (CBP) reports that it referred the request to ICE.  Nevertheless, CBP is conducting an ongoing search where it found 95 potentially responsive pages of records. CBP will continue to search for relevant and responsive material while reviewing and processing the 95 pages within 30 days. This 30 day period includes

potential referral to Defendants DHS and ICE but CBP defers to Defendants DHS and ICE on any subsequent processing time.

ICE reports that its searches are ongoing and it has found 62 potentially responsive records so far. ICE expects to complete searches by July 10, 2026.

Thus, at this time, the anticipated number of documents responsive to Plaintiff's FOIA requests and the anticipated date(s) for release of the documents are not yet known. Once all Defendants have determined the universe of potentially responsive documents and had an opportunity to conduct a preliminary responsiveness review of the initial search results, each will be in a position to propose a subsequent processing schedule.

At this time, Defendants do not anticipate filing a motion to stay under *Open America v. Watergate Special Prosecution Force*, 547 F.2d 605 (D.C. Cir. 1976), in this matter. ICE expects to complete searches by July 10, 2026.

Plaintiff expects to provide Defendants with a list of priority requests for Defendants to consider.

The parties respectfully propose that the parties file another joint status report on or before Tuesday, August 11, 2026, to apprise the Court of Defendants' progress on searching for or producing documents. A proposed order is attached.

Dated: July 9, 2026

/s/ Harold Craig Becker
Harold Craig Becker, D.C. Bar No. 371239
Stephen A. Jonas D.C. Bar No. 90037069
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
Tel: (202) 594-9958
craig@democracydefenders.org
steve@democracydefenders.org

/s/ Ginger P. McCall
Ginger P. McCall, D.C. Bar No. 1001104
Kevin H. Bell, D.C. Bar No. 90015600
FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
Tel: 202-946-3642
ginger@freeinformationgroup.com
kevin@freeinformationgroup.com

\/s/ Leah E. Frazier
Edward G. Caspar, D.C. Bar No. 1644168
Leah E. Frazier, D.C. Bar No. 492540
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney


By: */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-6734
    Brian.Levy2@usdoj.gov


*Attorneys for the United States of America*

- 3 -