UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> DEPARTMENT OF HOMELAND SECURITY, et al., <br><br> Defendants. | Civil Action No. 26-1106 (TSC) |

## JOINT STATUS REPORT

Pursuant to the Court's July 23, 2026, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of two Freedom of Information Act ("FOIA") Act requests, one made by Plaintiff.

With respect to Plaintiff Democracy Defenders' Fund's FOIA, Defendant Department of Homeland Security reports that it has completed its searches for potentially responsive records. Following deduplication and a responsiveness review, 274 pages remain.  All 274 pages were determined to require consultation with other agencies and or components.

Homeland Security subcomponent U.S. Customs and Border Protection (CBP) is conducting an ongoing search and is releasing its first interim response on August 7, 2026.  CBP will continue to search for relevant and responsive material while reviewing and processing potentially responsive records.  CBP also plans to issue a scoping recommendation to Plaintiff to ensure effective and efficient processing.

With respect to Plaintiff Lawyers' Committee's FOIA and Plaintiff Democracy Defenders' Fund's FOIA, Defendant ICE reports that its searches are ongoing and it has found 1,248

potentially responsive pages so far.  ICE expects to make its first production by September 18, 2026, and then monthly thereafter.

Pursuant to the July 23, 2026, Minute Order, the parties will file their next Joint Status Report by Monday, October 12, 2026.

Dated: August 11, 2026

/s/ Harold Craig Becker
Harold Craig Becker, D.C. Bar No.
371239
Stephen A. Jonas D.C. Bar No. 90037069
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
Tel: (202) 594-9958
craig@democracydefenders.org
steve@democracydefenders.org

/s/ Ginger P. McCall
Ginger P. McCall, D.C. Bar No. 1001104
Kevin H. Bell, D.C. Bar No. 90015600
FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
Tel: 202-946-3642
ginger@freeinformationgroup.com
kevin@freeinformationgroup.com

\/s/ Leah E. Frazier
Edward G. Caspar, D.C. Bar No. 1644168
Leah E. Frazier, D.C. Bar No. 492540
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR CIVIL
RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiff*

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

By: */s/ Brian J. Levy*
    BRIAN J. LEVY
    Assistant United States Attorney
    601 D Street, N.W.
    Washington, DC 20530
    (202) 252-6734
    Brian.Levy2@usdoj.gov

*Attorneys for the United States of America*