UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY DEFENDERS FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY, et al.,<br><br>Defendants. | Civil Action No. 26-1106 (TSC) |

**JOINT STATUS REPORT**

Pursuant to the Court's July 23, 2026, Minute Order, the parties, by and through their respective undersigned counsel, submit this Joint Status Report to apprise the Court of the status of two Freedom of Information Act ("FOIA") Act requests, one made by each Plaintiff.

With respect to Plaintiff Democracy Defenders' Fund's FOIA request, Defendant Department of Homeland Security reports that it has completed its searches for potentially responsive records. Following deduplication and a responsiveness review, 274 pages remain. All 274 pages were determined to require consultation with other agencies and or components.

Department of Homeland Security subcomponent U.S. Customs and Border Protection ("CBP") is conducting a search, released its first interim response on August 7, 2026, and its second interim response on September 11, 2026. CBP will continue to search for relevant and responsive material while reviewing and processing potentially responsive records. CBP also plans to issue a scoping recommendation to Plaintiff to ensure effective and efficient processing.

With respect to Plaintiff Lawyers' Committee's FOIA request and Plaintiff Democracy Defenders' Fund's FOIA request, Defendant ICE reports that its searches are complete and it has

identified 46,449 pages of responsive material. On October 9, 2026, ICE produced its first interim response, which consisted of a review of 961 pages. ICE will continue to provide responses every month thereafter.

Pursuant to the July 23, 2026, Minute Order, the parties will file their next Joint Status Report by Friday, December 11, 2026.

**PLAINTIFF'S POSITION**

Plaintiff has expressed concern that in six months of litigation, ICE's sole production is 19 copies of a form letter from Democratic Members of Congress to various state governors, to which no Defendant was a party and which does not appear responsive to any part of Plaintiffs' FOIA requests. ICE has not engaged with Plaintiffs beyond the text of draft status reports, has not explained how it is conducting its search, its standards for excluding duplicate or near-duplicate materials, or the persons or entities which it has deferred production of the majority of its non-duplicative, responsive material to consult on. Plaintiff has requested a meeting with ICE FOIA processing staff in the next 30 days to discuss these concerns and how these questions may be resolved prior to the completion of production in this matter.

**DEFENDANT'S POSITION**

Plaintiff expressed this concern at 3PM on October 13. Defendant has not had time to review in detail, but notes that most of the concerns raised are highly speculative or attempts to superintend FOIA production.

Dated: October 13, 2026

Respectfully submitted,

/s/ Harold Craig Becker
Harold Craig Becker, D.C. Bar No. 371239
Stephen A. Jonas D.C. Bar No. 90037069
DEMOCRACY DEFENDERS FUND
600 Pennsylvania Avenue SE, No. 15180
Washington, DC 20003
Tel: (202) 594-9958
craig@democracydefenders.org
steve@democracydefenders.org

/s/ Ginger P. McCall
Ginger P. McCall, D.C. Bar No. 1001104
Kevin H. Bell, D.C. Bar No. 90015600
FREE INFORMATION GROUP, PLLC
1100 13th St. NW, Ste. 800
Washington, DC 20005
Tel: 202-946-3642
ginger@freeinformationgroup.com
kevin@freeinformationgroup.com

\/s/ Leah E. Frazier
Edward G. Caspar, D.C. Bar No. 1644168
Leah E. Frazier, D.C. Bar No. 492540
Marc P. Epstein, D.C. Bar No. 90003967
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street N.W. Suite 900
Washington, D.C. 20005
Tel: 202-662-8390
ecaspar@lawyerscommittee.org
lfrazier@lawyerscommittee.org
mepstein@lawyerscommittee.org

*Attorneys for Plaintiff*

JEANINE FERRIS PIRRO
United States Attorney

By: *<u>/s/ Brian J. Levy</u>*
BRIAN J. LEVY
Assistant United States Attorney
601 D Street, N.W.
Washington, DC 20530
(202) 252-6734
Brian.Levy2@usdoj.gov

*Attorneys for the United States of America*